ORDER:
Motion granted. Both parties shall appear by telephone. Counsel for the Plaintiff shall initiate the conference and contact the Court at 615-736-7344.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN SAMPLES,<br>on behalf of himself and<br>all others similarly situated, | )<br>)<br>) | |
| | ) | *E. Clifton Knowles* |
| Plaintiff, | )<br>) | U.S. Magistrate Judge |
| v. | )<br>) | Civil Action No. 3:11-cv-00421 |
| FIRST CREDIT SERVICES, INC.,<br>Defendant. | )<br>)<br>)<br>) | |

**PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE**

**COMES NOW,** Stephen Samples, (hereinafter referred to as "Plaintiff"), plaintiff in the above-referenced matter, and herby files his Motion to Appear Telephonically at the Initial Case Management Conference, and in support thereof, respectfully shows the court as follows:

1.    The Court has set a Initial Case Management Conference for August 3, 2011 at 10:00 a.m.

2.    Plaintiff's counsel is out-of-town in Memphis, Tennessee.

3.    This case is a "fee-shifting" case where the defendant is responsible for payment of Plaintiff's attorney's fees and costs. Plaintiff's objective is to minimize attorney's fees and costs to the best of our ability.