UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Stephen Samples**, on behalf of himself and all others similarly situated, | ) )  ) Case No. 3:11-cv-0421 |
| Plaintiff, | ) Judge Campbell ) Magistrate Judge Knowles |
| v. | ) ) |
| **First Credit Services, Inc.,** | ) ) |
| Defendant | ) |

ENTRY OF JUDGMENT

Pending before the Court is Plaintiff's Notice of Acceptance of Offer of Judgment from Defendant (Docket Entry No. 16). This Notice of Acceptance is submitted in compliance with the requirements of Fed. R. Civ. P. 68.

Pursuant to Fed. R. Civ. P. 68, judgment is hereby entered against Defendant in favor of Plaintiff as follows:

1. Judgment is hereby entered in the amount of $2,500.00 as against Defendant.

2. In addition, Plaintiff's reasonable costs and reasonable attorney fees in connection with the claims against Defendant in the above-referenced action are added to this judgment; said fees and costs are to be in an amount as agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion;

3. This judgment is in total settlement of any and all claims by Plaintiff in the

above captioned case against Defendant and its current and former employees, owners, and agents, and said judgment shall have no effect whatsoever except in settlement of those claims;

4. The Offer of Judgment accepted was made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff has suffered any damage. All liability is denied by Defendant.

*s/ Keith Throckmorton*
Keith Throckmorton
Clerk of Court