IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


STEPHEN SAMPLES                          )
                                         )
v.                                       ) NO. 3-11-0421
                                         ) JUDGE CAMPBELL
FIRST CREDIT SERVICES, INC.              )


ORDER


Plaintiff has filed a Notice of Settlement (Docket No. 21), indicating that all matters herein have been resolved.[1]  The parties shall file, on or before October 26, 2011, an Agreed Order of Dismissal.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE


---

[1]       Judgment has already been entered for the Plaintiff against Defendant, pursuant to an Offer of Judgment (Docket No. 18).